UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
UNITED STATES OF AMERICA

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/30/21
```

-against-

**ORDER**
17 CR 94 (KMW)

KRYIN CONYERS,

Defendant.
-------------------------------------------------------------------x

KIMBA M. WOOD, District Judge:

The Court will hold a remote violation of supervised release conference on Thursday, December 9, 2021, at 11:30 a.m. Members of the press and public who wish to join the proceeding shall dial 917-933-2166 and enter conference ID 971906730, with their telephones on mute. Consistent with the standing orders of this court and local rules, no recording or rebroadcasting of the proceeding is permitted.

SO ORDERED.

Dated: New York, New York
       November 30, 2021

*Kimba M. Wood*
KIMBA M. WOOD
UNITED STATES DISTRICT JUDGE