USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/19/22_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------x

UNITED STATES OF AMERICA

       -against

KRYIN CONYERS,

                      Defendant.
--------------------------------------------------------------------x

**ORDER**
17 CR 94 (KMW)

KIMBA M. WOOD, District Judge:

Due to a conflict with the Court's calendar, the conference scheduled for February 2,

2022, is adjourned to Monday, February 7, 2022, at 11:30 a.m.

SO ORDERED.

Dated: New York, New York
       January 19, 2022

_____
KIMBA M. WOOD
UNITED STATES DISTRICT JUDGE