UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
UNITED STATES OF AMERICA

       -against-

KRYIN CONYERS,

                            Defendant.
-------------------------------------------------------------------x

**ORDER**
17 CR 94 (KMW)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/20/22

KIMBA M. WOOD, District Judge:

The remote conference, currently scheduled for February 7, 2022, is adjourned to February 14, 2022, at 11:30 a.m.

SO ORDERED.

Dated: New York, New York
       January 20, 2022

                                                  /s/ Kimba M. Wood
                                               KIMBA M. WOOD
                                        UNITED STATES DISTRICT JUDGE