UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

UNITED STATES OF AMERICA

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/10/22
```

-against

**ORDER**
17 CR 94 (KMW)

KRYIN CONYERS,

Defendant.

---------------------------------------------------------------x

KIMBA M. WOOD, District Judge:

The Court will hold a remote conference in the above-captioned case on Monday,

February 14, 2022, at 11:30 a.m.

Members of the press and public who wish to join the proceeding may dial 917-933-2166

and enter Conference ID 699210953, with their telephones on mute. Consistent with the

standing orders of this court and local rules, no recording or rebroadcasting of the proceeding is

permitted.

SO ORDERED.

Dated: New York, New York
February 10, 2022

_Kimba M. Wood_

KIMBA M. WOOD
UNITED STATES DISTRICT JUDGE