UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/6/22

          -against-

KRYIN CONYERS,

                    Defendant.
-----------------------------------------------------------x

**ORDER**
17 CR 94 (KMW)

KIMBA M. WOOD, District Judge:

    The Court will hold a remote conference in the above-captioned case on Monday, July 11, 2022, at 12:00 p.m. Members of the press and public who wish to hear the proceeding may dial 917-933-2166 and enter Conference ID 699210953, with their telephones on mute. Consistent with the local rules and standing orders of this court, no recording or rebroadcasting of the proceeding is permitted.

    SO ORDERED.

Dated: New York, New York
        July 6, 2022

                                                  KIMBA M. WOOD
                                   UNITED STATES DISTRICT JUDGE