```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/14/23
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA

        -against-

KRYIN CONYERS,

                      Defendant.
-------------------------------------------------------------x

ORDER
17 CR 94 (KMW)

KIMBA M. WOOD, District Judge:

    The Court will hold a remote conference on Wednesday, March 1, 2023, at 11:00 a.m. Members of the press and public who wish to join the conference may dial 1-917-933-2166 and enter Conference ID 699210953, with their telephones on mute.

    SO ORDERED.

Dated: New York, New York
          February 14, 2023

*/s/ Kimba M. Wood*
KIMBA M. WOOD
UNITED STATES DISTRICT JUDGE