UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
UNITED STATES OF AMERICA

          -against-

KRYIN CONYERS,

                        Defendant.
-------------------------------------------------------------------x

**ORDER**
17 CR 94 (KMW)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/28/23

KIMBA M. WOOD, District Judge:

The remote conference scheduled for Wednesday, March 1, 2023, is adjourned to Tuesday, March 7, 2023, at 11:00 a.m. The dial-in information will remain the same.

SO ORDERED.

Dated: New York, New York
        February 28, 2023

_____
KIMBA M. WOOD
UNITED STATES DISTRICT JUDGE