UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

UNITED STATES OF AMERICA

         -against

KRYIN CONYERS,

                      Defendant.
-------------------------------------------------------------------x

**ORDER**
17 CR 94 (KMW)

KIMBA M. WOOD, District Judge:

At the request of the parties, the remote conference scheduled for March 7, 2023, is

adjourned to Wednesday, March 15, 2023, at 11:00 a.m.  The dial-in information remains the

same.

    SO ORDERED.

Dated: New York, New York
       March 6, 2023

KIMBA M. WOOD
UNITED STATES DISTRICT JUDGE

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/6/23