# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
*Executive Director*
*and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/20/23

September 13, 2023

**MEMO ENDORSED**

**By ECF and Email**

Honorable Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *United States v. Kyrin Conyers*, 17 Cr. 94 (KMW)

Dear Judge Wood:

    I write to respectfully request that the Court relieve me as counsel of record in this matter and appoint Christine Delince, Esq. in my place. Due to a conflict on the part of Federal Defenders, Ms. Delince was recently appointed as CJA counsel for Mr. Conyers in his new case, 23 Cr. 457 (JGLC). I believe it would be in Mr. Conyers' and the Court's best interest to have Ms. Delince handle both matters going forward. Thank you for your consideration of this request.

*Granted*

Respectfully submitted,

/s/ Ariel Werner
Ariel Werner
Assistant Federal Defender
212.417.8770
ariel_werner@fd.org

cc: Christopher Brumwell, Esq.
Christine Delince, Esq.

SO ORDERED: N.Y., N.Y. 9/20/23

*/s/ Kimba M. Wood*
KIMBA M. WOOD
U.S.D.J.