UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA

        -against-

KYRIN CONYERS,

                            Defendant.
-----------------------------------------------------------x

**ORDER**
17 CR 94 (KMW)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/21/23

KIMBA M. WOOD, District Judge:

    The conference for the violation of supervised release is scheduled for Wednesday, October 4, 2023, at 10:30 a.m. in Courtroom 21B.

    SO ORDERED.

Dated: New York, New York
          September 21, 2023

                                              /s/ Kimba M. Wood
                                          KIMBA M. WOOD
                                  UNITED STATES DISTRICT JUDGE